# United States District Court

Southern **DISTRICT OF** California

**NOT FOR PUBLIC VIEW**

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

| In the Matter of the Search of<br>(Name, address or brief description of person or property to be searched)<br>Priority Mail Parcel #0307-1790-0005-3022-3026 addressed to Myron Klien 1433 Lincoln St Newbern, NC 28560. The parcel has the return address information of Adam Klien 3453 Condon Pl. San Diego, CA 92122. | '08 MJ 2387<br>**SEARCH WARRANT**<br>CASE NUMBER: |

TO: Kelly E. Cain, Postal Inspector    and any Authorized Officer of the United States

Affidavit(s) having been made before me by    Kelly E. Cain    who has reason to
                                                    Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
Priority Mail #0307-1790-0005-3022-3026 addressed to Myron Klien 1433 Lincoln St Newbern, NC 28560. The parcel has the return address information of Adam Klien 3453 Condon Pl. San Diego, CA 92122 which is in the custody of the U. S. Postal Inspection Service.

in the Southern    District of California    there is now concealed a certain person or property, namely (describe the person or property)

Controlled substances, materials, and documents reflecting the distribution of controlled substances through the United States Mail, including money paid for controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to    JAN M. ADLER
                                                                                                                                        U. S. Judge or Magistrate
as required by law.

8/1/08 @ 11:34 a.m.        at    San Diego, CA
Date and Time Issued                    City and State

**JAN M. ADLER**    U.S. Magistrate Judge
Name and Title of Judicial Officer                    Signature of Judicial Officer

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED  8/1/08 | DATE AND TIME WARRANT EXECUTED  8/1/08 AT 2:10 PM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH  UNITED STATES POSTAL SERVICE |
| INVENTORY MADE IN THE PRESENCE OF  POSTAL INSPECTORS KELLY CAIN AND KIM KELLY |||
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT  FOUR BUNDLES OF MARIJUANA WRAPPED IN CELLOPHANE WEIGHING APPROXIMATELY 5176.8 GRAMS.  BROWN CARDBOARD BOX  STERILITE PLASTIC CONTAINER  PACKAGING PEANUTS  CELLOPHANE WRAPPING  WHITE PAPER  CLEAR TAPE |||

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

Subscribed, sworn to, and returned before me this date.

U.S. Judge or Magistrate        Date  8/2/08